UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED
DEC 15 2004
Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. G-04-20 |
| v. § | |
| EDGERTON PHILLIP MEDFORD § | |
| ELIAS LUIS HERRERA, a/k/a | |
| LUIS ELIAS HERRERA | |

**UNDER SEAL**

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One
### (Aggravated Sexual Abuse - 18 U.S.C. § 2241 (a) (1))

On or about July 17, 2003, in the special maritime and territorial jurisdiction of the United States, in the Galveston Division of the Southern District of Texas, being the port or place to which the defendants were first brought, the defendants,

**EDGERTON PHILLIP MEDFORD**

and

**ELIAS LUIS HERRERA, a/k/a**

**LUIS ELIAS HERRERA**

did knowingly cause the victim "K.L." to engage in a sexual act, to wit, the intentional contact by penetration of the penis and vulva of a person, and the penetration by penis of the genital opening of that person, by the use of force against the victim "K.L.", in violation of Title 8, United States Code, Section 2241 (a)(1)

and Section 2.

## COUNT 2
### (Sexual Abuse - 18 U.S.C. § 2242 (2))

On or about July 17, 2003, in the special maritime and territorial jurisdiction of the United States, in the Galveston Division of the Southern District of Texas, being the port or place to which the defendants were first brought, the defendants,

**EDGERTON PHILLIP MEDFORD**

**and**

**ELIAS LUIS HERRERA, a/k/a**

**LUIS ELIAS HERRERA**

did knowingly engage in a sexual act, to wit, the intentional contact by penetration of the penis and vulva of a person, and the penetration by penis of the genital opening of that person, the victim "K.L.", who was, as the defendants well knew, at that time, physically incapable of declining participation in the aforementioned sexual acts, in violation of Title 8, United States Code, Section 2242(2) and Section 2.

A TRUE BILL:

                                        Original signature on File

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

By: _____
Quincy L. Ollison
Assistant United States Attorney